UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-37397 |
|---|---|
| THOMAS R BROWN | (Chapter 13) |
| CHERYL J BROWN | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3975298**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | THOMAS R BROWN<br>590 FOX RUN PLACE<br>MONROE, OH  45050 | 1,444.09 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/11/2009

Certificate of Service                05-37397

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| THOMAS R BROWN | JEFFREY P ALBERT | (24.1n) |
| CHERYL J BROWN | 4403 N MAIN ST | B FIRST LLC |
| 590 FOX RUN PLACE | DAYTON, OH 45405 | MAIL STOP 550 |
| MONROE, OH 45050 | | 2101 FOURTH AVENUE SUITE 1030 |
| | | SEATTLE, WA 98121 |
| (26.1n) | (28.1n) | (25.1n) |
| ECAST SETTLEMENT CORPORATION | GE MONEY BANK | HILARY B. BONIAL |
| BOX 35480 | % RECOVERY MANAGEMENT SYSTEMS | 9441 LBJ FREEWAY |
| NEWARK, NJ 07193 | 25 SE 2ND AVE   SUITE 1120 | SUITE 350 |
| | MIAMI, FL 33131 | DALLAS, TX 75243 |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                      cs